# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY LINE COURTOIS | : |
| | : CIVIL ACTION |
| Plaintiff | : |
| | : |
| vs. | : |
| | : NO. 17-CV-5740 |
| TMG HEALTH, INC. | : |
| | : |
| Defendant | : |

## ORDER

AND NOW, this 4th day of June, 2018, upon consideration of Defendant's Motion to Transfer Venue (Doc. No. 14), it is hereby ORDERED that the Motion is GRANTED pursuant to 28 U.S.C. §1404(a) for the reasons set forth in the preceding Memorandum Opinion and this matter is TRANSFERRED forthwith to the United States District Court for the Middle District of Pennsylvania in Scranton, Pennsylvania.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,   J.